No. 03–248. ARIZONA v. FINCH. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–342. ARGUELLO ET AL. v. CONOCO, INC. C. A. 5th Cir. Motions of National Association for the Advancement of Colored People and Lawyers' Committee for Civil Rights Under Law et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.